

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00054-CV

---

Judson Motors Ltd. d/b/a Universal Toyota, Appellant

v.

Jane Doe, Appellee

---

On Appeal from the 45th District Court
Bexar County, Texas
Trial Court No. 2023CI03866

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal and that this decision be certified below for observance.

IT IS SO ORDERED this 6th day of November 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.